UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD ALLISON,<br><br>            Plaintiff,<br><br>     v.<br><br>CARL SEGELBLOM; CLARK COUNTY PUBLIC DEFENDERS OFFICE,<br><br>            Defendant. | Case No. 2:20-cv-02070-GMN-EJY<br><br>**ORDER** |

On November 10, 2020, Plaintiff, an inmate in the custody of the Clark County Detention Center ("CCSD"), filed what appears to be a proposed Complaint thereby initiating a civil action in this Court. ECF No. 1-1.  Plaintiff has neither paid the $400 filing fee for this matter, nor has he filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.  If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

The Court grants Plaintiff a **one-time** extension to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents or, in the alternative, pay the $400 filing fee for this action on or before **January 29, 2021**.  Absent unusual circumstances, the Court will not grant any further extensions of time.  If Plaintiff is unable to file a fully complete application

1

to proceed *in forma pauperis* with all three required documents or pay the full $400 filing fee on or before **January 29, 2021**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the $400 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the filing fee of $400 on or before **January 29, 2021** to proceed with this case.

The Court will retain Plaintiff's proposed Complaint (ECF No. 1-1), but the Court will not file the proposed Complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

For the foregoing reasons,

IT IS HEREBY ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **January 29, 2021**, Plaintiff shall either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **January 29, 2021**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

IT IS HEREBY ORDERED that the Clerk of the Court shall retain Plaintiff's proposed Complaint (ECF No. 1-1) but shall not file it at this time.

Dated this 1st day of December, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE